

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael David Fritts,

Vs. No. 11-18-00359-CR

The State of Texas,

\* From the 350th District Court
of Taylor County,
Trial Court No. 13147-D.

\* November 30, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.